```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-21-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

              - v. -                                    17-CR-21 (ALC)

                                                     **ORDER**

DERRICK MOORE,

                     **Defendant.**

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

      Arraignment and Change of Plea Hearing set for **August 21, 2024** at **12:30 p.m.**

SO ORDERED.

Dated:      New York, New York
               August 19, 2024

                                                   _/s/ Andrew L. Carter, Jr._
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**