UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

DERRICK MOORE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4-28-26_

UNSEALING ORDER

17 Cr. 21 (ALC)

WHEREAS, an application has been made by the United States of America for the unsealing of the Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment entered in this case with respect to defendant, DERRICK MOORE;

IT IS HEREBY ORDERED that the Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgement entered in this case on or about March 7, 2023, be unsealed.

Dated: New York, New York
     April 28, 2026

_____
HONORABLE ANDREW L. CARTER JR
UNITED STATES DISTRICT JUDGE